UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05CR678HEA |
| DON GRADY, | ) ) ) |
| Defendant. | ) ) |

## **TRANSPORTATION ORDER**

**IT IS HEREBY ORDERED** that the United States Marshals Service transport defendant in custody to the Southeast Missouri Community Treatment Center in Farmington, MO. forthwith.

**IT IS FURTHER ORDERED** that the United States Marshals Service produce the defendant for all future court appearances.

MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this __20th__ day of March, 2006.